FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 1 4 2024

Kevin P. Weimer, Clerk
By: /h/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MONICA DOMINGUEZ TORRES,
JUAN CONTRERAS GUERRERO;
LUIS CONTRERAS DOMINGUEZ;
BLADIMIR HERNANDEZ;
LOUIS "JOSHUA" DOMINGUEZ;
JUAN CONTRERAS PAVON;
ROSA PEREZ CRUZ;
RAMON CASTRO PEREZ;
███████████████ AND
DANIELA AGUIRRE

Criminal Indictment

No. 1:24-CR-0056

**Under Seal**

THE GRAND JURY CHARGES THAT:

**Count One**
**Conspiracy to Possess with Intent to Distribute Controlled Substances**
**21 U.S.C. § 846**

Beginning on a date unknown, but at least from in or about July 2018, and continuing until in or about June 2022, in the Northern District of Georgia and elsewhere, the defendants,

MONICA DOMINGUEZ-TORRES, AND
RAMON CASTRO PEREZ,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to